# EXHIBIT B

Run New Search



## Applicant Information

**Primary Name**
HURTS, MARVAVIER RIAN

**Date of Birth**
06-FEB-1981

**Place of Birth**
AL

**Sex**
M

**Known as Name**

**Other Names**

## Application Information

**PPT Application Num**
286444273

**Item(s) Requested**
Book

**Passport Number**
569003358

**Endorsement Code**

**Book Number**
569003358

**Book Status**
Issued

**Book DOI**
13-OCT-2017

**Book DOE**
12-OCT-2027

**Book Type**
28R

**Card Number**
N/A

**Card Status**
Not Requested

**Card DOI**

**Card DOE**

## Scanned Documents   View/Print All

| Document Number | Document Type | Details |
| --- | --- | --- |
| 1 | APPLICATION FOR A U.S. PASSPORT | DS 11 (09/2013) (A) (P1/2) |
| 2 | APPLICATION FOR A U.S. PASSPORT | DS 11 (09/2013) (A) (P2/2) |
| 3 | Document | |

| Name of Applicant (Last, First, & Middle) | 00271748-0418 | Date of Birth (mm/dd/yyyy) |
|---|---|---|
| Hurts, Marvavier Rian | | 02/06/1981 |

**10. Parental Information**

Mother/Father/Parent - First & Middle Name: ANNIE
Last Name (at Parent's Birth): Johnson
Date of Birth: 10/12/1954
Place of Birth: Union Springs AL
Sex: F   U.S. Citizen? Yes

Mother/Father/Parent - First & Middle Name: CHARLES
Last Name (at Parent's Birth): HURTS
Date of Birth: 09/12/1954
Place of Birth: Midway AL
Sex: Male   U.S. Citizen? Yes

**11. Have you ever been married?** No

**12. Additional Contact Phone Number**

**13. Occupation:** Research Analyst

**14. Employer or School:** YRC Worldwide

**15. Height:** 5'8   **16. Hair Color:** Black   **17. Eye Color:** Brown

**19. Permanent Address**

**20. Emergency Contact**
Name: Annie Johnson
Address: 607 Thomas St
City: Union Springs
State: AL   Zip Code: 36089
Phone Number: (334) 738-5748
Relationship: mother

**PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY**

Birth Certificate (SR)   Filed: 2/17/81   Issued: 4/6/16
Attached

* DS 11 A 09 2013 2 *

DS-11 06-2016                                                                 Page 2 of 2

Unauthorized Reproduction or Disclosure Prohibited