# EXHIBIT C



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

07/27/2023 07:40 EDT  Generated By: NICOLE TORRES  Page 1 of 1

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HURTS | MARVAVIER | 02/06/1981 | P | 569003358 | 04/17/2022 20:36 | F9 | 34 | I | A182 | RIVERA, MANUEL | APIS | ON BOARD | | | MCO | SJO |
| HURTS | MARVAVIER | 02/06/1981 | P | 569003358 | 04/15/2022 00:00 | NK | 335 | O | | | APIS | ON BOARD | | | SJO | FLL |
| HURTS | MARVAVIER | 02/06/1981 | P | 569003358 | 04/14/2022 00:00 | NK | 335 | O | | | APIS | NOT ON BOARD | | | SJO | FLL |
| HURTS | MARVAVIERRIAN | 02/06/1981 | P | 569003358 | 12/03/2019 15:12 | AC | 795 | I | A791 | APC AUTOMATED PASSPORT CONTROL, YYZ | APIS | REQUEST | | | YYZ | YYZ |
| HURTS | MARVAVIER | 02/06/1981 | | | 12/03/2019 00:00 | AC | 881 | U | | | APIS | REQUEST | | | YYZ | CDG |
| HURTS | MARVAVIERRIAN | 02/06/1981 | P | 569003358 | 11/26/2019 00:00 | AC | 782 | O | | | APIS | ON BOARD | | | YUL | LAX |

Total Number of Records: 6

### Legend
#### Loc

| Codes | Value |
|---|---|
| YUL | DORVAL, MONTREAL |
| LAX | LOS ANGELES, CA INTL |
| FLL | FORT LAUDERDALE, FL |
| CDG | PARIS, CH. DE GAULLE |
| MCO | ORLANDO |
| SJO | SAN JOSE, JUAN SANTAMARIA INTL |
| YYZ | TORONTO, PEARSON INTERNATIONAL |

#### Doc Type

| Codes | Value |
|---|---|
| P | P - PASSPORT |

#### Site Code

| Codes | Value |
|---|---|
| A791 | A791 - TORONTO CD, PEARSON, TERM 1 |
| A182 | A182 - CBP-ORLANDO, INTL AP AIRSIDE 4 |

**For Official Use Only / Law Enforcement Sensitive**