AO 94 (Rev. 12/03) Commitment to Another District

FILED IN OPEN COURT
U.S.D.C. - Atlanta
JUL 27 2023
KEVIN P. WEIMER, Clerk
By: TCC Deputy Clerk

# UNITED STATES DISTRICT COURT
### NORTHERN District of GEORGIA

UNITED STATES OF AMERICA
V.
MARVAVIER RIAN HURTS a/k/a "Rian Hurts," a/k/a "RJ"

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 23 MAG 5744 | 1:23-mj-699 |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of   18   U.S.C. §   875, 2

**DISTRICT OF OFFENSE**
SOUTHERN DISTRICT OF NEW YORK

**DESCRIPTION OF CHARGES:**

18 U.S.C. 875, 2 (Transmission of Interstate Communications with Intent to Extort)

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**  ☒ No   ☐ Yes   Language:

### NORTHERN DISTRICT OF GEORGIA
TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

07/27/2023
Date

_Linda T. Walker_
Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |